IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:13-CR-172 |
| -vs- | : | MICHAEL J. NEWMAN<br>United States Magistrate-Judge |
| CLEVELAND HARRIS, | : | |
| Defendant. | : | GOVERNMENT'S MOTION<br>FOR DISMISSAL WITHOUT |
| | : | PREJUDICE |

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case, without prejudice.

Respectfully submitted,

Granted,
MN
10/31/16

-S-julienne mccammon
JULIENNE MCCAMMON (MD 9103050001)
Special Assistant U.S. Attorney
88 ABW/JA
5135 Pearson Road
WPAFB, OH 45433-5321
(937) 904-2169

CERTIFICATE OF SERVICE

I certify that a copy of the above Motion to Dismiss was electronically filed on the 28th of October 2016 and that Defense Counsel of Record will be notified of this Motion through CM/ECF.

_____s-julienne mccammon_____